IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONSHEA LAVON RAMSON,

    Plaintiff,                      No. CIV S-07-2163 GEB EFB P

    vs.

A.M. KACALEK,

    Defendant.                 ORDER

_____/

        Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. On February 11, 2008, the court dismissed both plaintiff's application to proceed *in forma pauperis* and his complaint with 30 days' leave to amend.

        On March 20, 2008, plaintiff filed a request for an extension of time in which to file an amended complaint, together with an amended complaint and an application to proceed *in forma pauperis.* Plaintiff's application to proceed *in forma pauperis* is insufficient as the application lacks the certified portion stating plaintiff's average monthly balance and average monthly deposits. Additionally, plaintiff has not filed a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a certified copy of his prison trust account statement.

In accordance with the above, it is hereby ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* is dismissed with leave to amend.

2. Plaintiff shall submit, within thirty days from the date of this order, a complete application to proceed *in forma pauperis* that includes plaintiff's average monthly balance and deposits in his trust account, together with a certificate certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

3. Plaintiff's March 20, 2008, request for extension of time is granted and plaintiff's March 20, 2008 amended complaint is deemed timely filed. The court will defer screening of that complaint until such a time as a completed *in forma pauperis* application is on file.

So ordered.

DATED: April 22, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE