IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONSHEA LAVON RAMSON,

    Plaintiff,                   2:07-cv-2163-GEB-EFB-P

    vs.

A.M. KACALEK,

    Defendant.               ORDER

                                 /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 22, 2008, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days.  Plaintiff has not filed objections to the findings and recommendations.[1]

////

---

[1] Although plaintiff filed a motion to amend his complaint on August 1, 2008, he has neither filed objections nor cured the defects noted by the magistrate judge in his April 22, 2008, order and his July 22, 2008, findings and recommendations.

1

| | |
|---|---|
| 1 | The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that: |

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 22, 2008, are adopted in full; and

2. This action is dismissed without prejudice.

Dated: October 15, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge